John Houston Scott (SBN 72578)
Lizabeth N. de Vries (SBN 227215)
**SCOTT LAW FIRM**
1388 Sutter Street, Suite 715
San Francisco, California 94109
Telephone: (415) 561-9600
Facsimile: (415) 561-9609
john@scottlawfirm.net
liza@scottlawfirm.net

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES JIMENEZ,<br><br>    Plaintiff,<br><br>v.<br><br>DTRS ST. FRANCIS, LLC, ST. FRANCIS HOTEL CORPORATION (*A.K.A. THE WESTIN ST. FRANCIS)*, BOURBON STEAK, MICHAEL JUDGE; and DOES 1-25, inclusive,<br><br>    Defendants. | Case No.  C-12-6411 SBA<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES SCHEDULE**<br><br>Judge:  The Hon. Saundra Brown Armstrong<br>Action Filed:  December 18, 2012 |

Pursuant to Local Rules 6-2(a) and 7-12 of the Northern District's Civil Local Rules, Plaintiff Andres Jimenez, (Plaintiff), through his attorneys, respectfully stipulate, subject to the Court's consideration and approval, as follows:

1.      On December 18, 2012, plaintiff filed his Complaint.

2.      On January 8, 2013 plaintiff served the summons and complaint to DTRS St. Francis, LLC, St. Francis Hotel Corporation (aka The Westin St. Francis), and Bourbon Steak. Plaintiff has not yet located Michael Judge for personal service.

3.      On or about January 31, 2013 plaintiff's counsel was contacted by John Johnstone with Chubb Insurance and informed that the complaint incorrectly identified the true names of the

- 1 -

entities who owned and operated the St. Francis Hotel at the time of the alleged misconduct. Plaintiff's counsel was also provided with the name of local counsel to coordinate with regarding the amendment to the complaint and subsequent service, i.e., Heidi C. Quan, Murchison & Cummings, 275 Battery Street, Suite 550, San Francisco, CA 94111.

4. On February 19, 2013 plaintiff filed a First Amended Complaint (Document no. 11) and served the summons and complaint to attorney Heidi C. Quan, Murchison & Cummings, LLP via U.S. Mail on February 26, 2013.

5. Plaintiff's have yet to be contacted by anyone who represents Michael Judge and have not yet served him personally.

6. An order setting the initial case management conference and ADR deadlines was filed by the Court on December 18, 2013. These dates are as follows:

| | |
|---|---|
| Meet and Confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | February 26, 2013 |
| File ADR Certification signed by parties and Counsel | February 26, 2013 |
| File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | February 26, 2013 |
| Last day to file Rule 26(f) Report, Complete initial disclosures or state objection in Rule 26(f) Report | March 12, 2013 |
| File Case Management Statement | March 8, 2013 |
| Initial Case Management Conference | March 20, 2013 |

7. Based on the foregoing, counsel for plaintiff and defendants DTRS St. Francis, LLC, St. Francis Hotel Corporation (aka The Westin St. Francis) and Bourbon Street have agreed and propose to modify the Order setting the initial case management conference and ADR deadlines as follows:

Meet and Confer re: initial disclosures, early

- 2 -
STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEF SCHEDULE

| | |
|---|---|
| settlement, ADR process selection, and discovery plan | May 3, 2013 |
| File ADR Certification signed by parties and Counsel | May 3, 2013 |
| File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | May 3, 2013 |
| Last day to file Rule 26(f) Report, Complete initial disclosures or state objection in Rule 26(f) Report | May 22, 2013 |
| File Case Management Statement | May 17, 2013 |
| Initial Case Management Conference | May 29, 2013 at 3:15 pm via telephone. |

**IT IS SO STIPULATED.**

Dated:  March 1, 2013                                   Respectfully Submitted,

**MURCHISON & CUMMINGS LLP**


By: /s/ Heidi C. Quan
    Heidi C. Quan
    Attorneys for Defendants
    DTRS St. Francis, LLC, St. Francis
    Hotel Corporation (aka The Westin St.
    Francis), and Bourbon Steak

- 3 -

STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEF SCHEDULE

Dated: March 1, 2013                                                              **SCOTT LAW FIRM**

By: /s/ John Houston Scott  
John Houston Scott  
Attorneys for Plaintiffs

## [~~PROPOSED~~] ORDER

On the stipulation of the parties, and good cause appearing:

**IT IS SO ORDERED.**

Dated: 3/4/13                                                 _/s/ Sandra B. Armstrong_  
The Honorable Sandra Brown Armstrong  
United States District Court Judge

SCOTT LAW FIRM  
1388 SUTTER STREET, SUITE 715  
SAN FRANCISCO, CA 94109

- 4 -

STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEF SCHEDULE